PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED YOUSEF FAWAKHIRI; AMAL A. ZATARAH; MEADOWVIEW MARKET, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA; THOMAS J. VILSACK, SECRETARY OF AGRICULTURE, <br><br>Defendants. | Case No. 2:22-cv-01474-TLN-AC <br><br>***EX PARTE* APPLICATION FOR EXTENSION OF TIME FOR FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER** |

Federal Defendants the United States of America and Secretary of Agriculture Thomas J. Vilsack respectfully request that the Court enter an order extending the time to respond to the complaint filed by Plaintiffs Ahmed Yousef Fawakhiri, Amal A. Zatarah, and Meadowview Market. Federal Defendants request an extension until either November 10, 2022, or thirty days after Plaintiffs' counsel is admitted to practice before this court, whichever is later.  In support of this application, Federal Defendants respectfully state as follows:

1. Plaintiffs commenced this action by filing their complaint on March 14, 2022, in the District of Columbia (ECF No. 1.)

2. The United States Attorney's Office for the District of Columbia (AUSA Stephen DeGenaro) entered an appearance on August 9, 2022.  (ECF No. 13).

3. A Joint Motion to Transfer the Case was filed on August 9, 2022.  (ECF No. 14).

4. On August 9, 2022, the District of Columbia Court signed an order granting the joint motion to transfer the case to the Eastern District of California. (ECF No. 15).

5. The order (ECF No. 15) states "that defendants shall answer or otherwise respond by not later than (1) 30 days after this action is docketed in the Eastern District of California; or (2) 30 days after plaintiffs' counsel is admitted or admitted pro hac vice into the Eastern District of California, whichever date is later; or in any event by not later than October 11, 2022."

6. Federal Defendants request that the Court extend the deadline to respond to the complaint until either November 10, 2022, or thirty days after Plaintiffs' counsel is admitted to practice before this court, whichever is later.

8. Good cause exists for the requested extension of time for Federal Defendants to respond to Plaintiffs' complaint because Plaintiffs' counsel Henry L. Klein has not obtained admission *pro hac vice* to practice before this Court in this case, and it appears that he may not be able to do so. *See* Exh. A (Louisiana Attorney Discipline Board, *In re: Henry L. Klein*, May 4, 2022 Report of Hearing Committee #37) *available at* https://www.ladb.org/DR/?lname=Klein&tab=Results&DocID=9776 ; *Aboa v. Paul Thomas*, Case No. 2:22-c-01381-KJM-DB (E.D. Cal.), Dkt. 15 (Henry L. Klein motion seeking leave to file pleadings *pro hac vice* without local counsel).

For the reasons discussed above, Federal Defendants respectfully request that the Court extend the deadline to respond to the complaint until **November 10, 2022, or thirty (30) days after Plaintiffs' counsel is admitted to practice before this Court, whichever is later**.

Respectfully submitted,

Dated: September 29, 2022

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

*/s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorney for the United States

**ORDER**

Having reviewed the Ex Parte Application and finding good cause shown, the Court extends the deadline to respond to the complaint as stated above.

**IT IS SO ORDERED**.

Dated: September 29, 2022

Troy L. Nunley
United States District Judge